AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**

MAR 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDREW MICHELS

  Plaintiff,

  v.

DYNCORP INTERNATIONAL

  Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-02199
Assigned To : Kennedy, Henry H.
Assign. Date : 12/5/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

DYNCORP INTERNATIONAL
3190 Fairview Park Drive, Ste. 350
Falls Church, VA  22042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ANDREW MICHELS
PRO SE
1701 Kalorama Rd., N.W. #206
Washington, DC  20009
(323) 653-6263

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         DEC - 5 2007
CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: 3·26·08 |
| NAME OF SERVER (PRINT): Shenica Serrano | TITLE: Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Served on Virginia L. Pettis-Saunders Executive Administrator, Corp Law Dept, for Dyncorp International, at 3190 Fairview Park Drive, Suite 700, Falls Church, Virginia, 22042

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: 0 | SERVICES: $100.00 | TOTAL: $100.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3·27·08
Date

Signature of Server

118-B East Broad Street
Falls Church, VA 22046
Address of Server

**RECEIVED**

MAR 27 2008

Clerk, U.S. District and
Bankruptcy Courts

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.