IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW MICHELS,<br>1701 Kalorama Rd., N.W. #206<br>Washington, D.C. 20009<br><br>    Plaintiff,<br><br>v.<br><br>DYNCORP INTERNATIONAL, LLC,<br>3190 Fairview Park Drive, Suite 700<br>Falls Church, VA 22042<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case Number: 1:07-cv-02199 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE OF HENRY A. PLATT

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case for Defendant DynCorp International, LLC. I certify that I am admitted to practice in this Court.

Dated: April 15, 2008                Respectfully submitted,

/s/ Henry A. Platt
Henry A. Platt (hplatt@saul.com)
D.C. Bar No. 425994
Saul Ewing LLP
2600 Virginia Ave., N.W., Ste. 1000
Washington, DC 20037-1922
Phone: (202) 333-8800
Fax: (202) 337-6065

*Attorneys for Defendant*
*DynCorp International, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Appearance of Henry A. Platt* in the above-captioned matter was served by first class U.S. mail, postage prepaid, on April 15, 2008, addressed as follows:

**Andrew Michels**
1701 Kalorama Rd., N.W. #206
Washington, D.C.  20009
*Plaintiff Pro Se*

/s/ Henry A. Platt
Henry A. Platt