**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREW MICHELS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case Number: 1:07-cv-02199 (HHK) |
|  | ) |
| DYNCORP INTERNATIONAL, LLC, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT DYNCORP INTERNATIONAL, LLC'S**
**LOCAL RULE 7.1 CERTIFICATION**

In accordance with LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia,

I, the undersigned, counsel of record for DynCorp International, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of DynCorp International, LLC which have any outstanding securities in the hands of the public: DynCorp International Inc., a publicly traded company.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 15, 2008              Respectfully submitted,


                                   /s/ Henry A. Platt
                                   Henry A. Platt (hplatt@saul.com)
                                   D.C. Bar No. 425994
                                   Saul Ewing LLP
                                   2600 Virginia Ave., N.W., Ste. 1000
                                   Washington, DC 20037-1922
                                   Phone: (202) 333-8800
                                   Fax: (202) 337-6065

                                   *Attorneys for Defendant*
                                   *DynCorp International, LLC*

943486.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of *Defendant DynCorp International, LLC's Local Rule 7.1 Certification* in the above-captioned matter was served by first class U.S. mail, postage prepaid, on April 15, 2008, addressed as follows:

**Andrew Michels**
1701 Kalorama Rd., N.W. #206
Washington, D.C. 20009
*Plaintiff Pro Se*

/s/ Henry A. Platt
Henry A. Platt