UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MICHELS,<br><br>    Plaintiff,<br><br>  v.<br><br>DYNCORP INTERNATIONAL,<br><br>    Defendant. | Civil Action 07-02199 (HHK) |

### ORDER DIRECTING PLAINTIFF TO RESPOND
### TO DEFENDANT'S MOTION TO DISMISS

  This matter comes before the court upon defendant's motion to dismiss plaintiff's complaint [#5], filed April 15, 2008. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

  Accordingly, it is this 15th day of April 2008, hereby

  **ORDERED** that plaintiff file an opposition to defendant's motion on or before May 16, 2008. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may treat the motion as conceded and enter judgment in favor of defendant. *See* LCvR 7(b).

                    Henry H. Kennedy, Jr.
                    United States District Judge