ANDREW J. MICHELS
2100 M Street, N.W. #170-186
Washington, D. C. 20037 USA
TEL: +13107390680
FAX: +18475891872

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW MICHELS,

Plaintiff,

vs.

DYNCORP INTERNATIONAL,

Defendant.

Civil Action 07-02199 (HHK)

**PLAINTIFF'S DECLARATION IN OPPOSITION TO MOTION TO DISMISS**

I, Andrew Michels, hereby declare and state:

1. I am a US citizen, currently working and residing in Pristina, Kosovo. I offer this declaration in opposition to Defendant DYNCORP INTERNATIONAL's Motion to Dismiss, filed in the above-referenced action, and in support of my motion for leave to amend the Complaint.

2. Counsel Retained/Disappeared.  I am represented by counsel. I retained the legal services of Robert M. Ball, California Bar No. 138482 in Beverly Hills, California. Mr. Ball agreed to undertake representation in this matter, to seek admission before this Court

1  *in pro hac vice* and file a complaint, among other causes of action, for wrongful
2  termination.
3  3. Never reviewed or signed Complaint. I never signed a complaint in this action; I have
4  never seen the Complaint allegedly filed in this action.
5  4. Underlying Facts and Evidence Warrant, Justify and Support Claims. My claims against
6  Defendant DynCorp are substantial and substantiated by facts and evidence. I
7  respectfully request the opportunity to secure counsel who can represent my interests
8  vigorously and appropriately in this case.
9  5. Receipt of Motion/No Response from Counsel/Notified Opposing Counsel. I just
10 received a copy of Defendant's Motion to Dismiss when my mail was forwarded to my
11 wife, currently working in China. I have made repeated calls and transmitted numerous
12 emails to my lawyer – Mr. Ball has not responded at all. I have notified opposing
13 counsel of the above facts and have requested that he not oppose my motion for leave to
14 amend this complaint.
15 6. Appropriate Actions Against Counsel. I am initiating all appropriate action against my
16 lawyer in this case and respectfully request time to retain new counsel.
17 7. Motion for Leave to Amend. I respectfully seek the Court's leave for 60 days to file an
18 amended complaint.
19
20
21 I declare under penalty of perjury that the foregoing is true and correct and that this declaration is
22 executed on this 15th day of May, 2008, in Pristina, Kosovo.
23
24
25                                              _____
26                                              Andrew Michels
27
28

ANDREW J. MICHELS
2100 M Street, N.W. #170-186
Washington, D. C. 20037
TEL:
FAX:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW MICHELS,

    Plaintiff,

vs.                                                   Civil Action 07-02199 (HHK)

DYNCORP INTERNATIONAL,

    Defendant.

**Certificate of Service**

I hereby certify that a true and correct copy of Plaintiff's Declaration in Opposition of Motion to Dismiss in the above-captioned matter was served via facsimile on 15 May 2008 and via email on 16 May 2008, addressed as follows:

    Henry A. Platt, Esquire
    Saul Ewing LLP
    Facsimile Number: (202) 337 6065
    hplatt@saul.com

/s/ Andrew Michels
Andrew J. Michels