UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MICHELS,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DYNCORP INTERNATIONAL,<br><br>　　　　　　Defendant. | Civil Action 07-02199 (HHK) |

**ORDER**

Federal Rule of Civil Procedure 11(a) requires that all pleadings be signed. Furthermore, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). Although his complaint was filed *pro se* and purportedly bears his signature, plaintiff avers that he has never signed or seen the complaint filed in the above-captioned action.

Plaintiff presently seeks leave to amend his complaint, but his motion [#7] fails to comply with LCvR 7(i) which requires that "[a] motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended."[1]

Accordingly, it is this 1st day of July 2008, hereby

**ORDERED** that plaintiff's complaint [#1] is **STRICKEN** for failure to comply with Fed. R. Civ. P. 11(a); and it is further

---

[1] Defendant points out that plaintiff failed to comply with the local rules' requirement that a motion to amend a pleading "shall be accompanied by an original of the proposed pleading as amended" and cites to LCvR 47(g). LCvR 47(g) does not exist. This quotation is taken from LCvR 7(i).

**ORDERED** that plaintiff's motion for leave to amend his complaint [#7] is **DENIED** for failure to comply with LCvR 7(i); and it is further

**ORDERED** that defendant's motion to dismiss [#5] is **DENIED** as moot ; and it is further

**ORDERED** that this action is **DISMISSED** without prejudice.

Plaintiff is advised that this is a final appealable order.

Henry H. Kennedy, Jr.<br>
United States District Judge